Monte J. White & Associates, PC
Monte J. White
1106 Brook Ave., Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Orville Eugene McIlvanie, Jr. | § | |
| and | § | CASE NO. 10-70083-HdH-13 |
| Nancy McIlvanie | § | |
| | § | |
| DEBTORS | § | |

DEBTORS' MOTION TO BORROW/INCUR DEBT
FOR THE PURCHASE OF A VEHICLE

TO THE HONORABLE JUDGE OF SAID COURT:

DEBTORS, Orville Eugene McIlvanie, Jr. and Nancy McIlvanie file this Debtors' Motion to Borrow/Incur Debt for the Purchase of a Vehicle, and would respectfully show the Court as follows:

1. Debtors' Chapter 13 case was filed on March 4, 2010.
2. Debtors' case was confirmed on April 22, 2010.
3. Debtors wish to finance the purchase of a vehicle in an amount not to exceed $25,000.00. Texoma Community Credit Union has agreed to finance this purchase. See Exhibit "A".
4. Debtors' current vehicle exceeds 105,000 miles and debtors are making frequent trips to Dallas for their daughter's medical needs. She has a congenital condition that causes brain tumors.
5. Debtors propose to repay the financed amount over 60 months at 14.25% interest with a monthly payment of approximately $500.00. Debtors do not anticipate exceeding these figures. Additionally, Debtors request that the Court grants them permission to pay such expenses of purchase as set forth in the said attached estimate.
6. Debtors will be trading in the vehicle that is currently being paid through their chapter 13 plan.
7. Amended Schedule J of Debtors' Voluntary Petition on file with the Clerk of this Court reflects sufficient disposable income to make the required payments of approximately $550.00 per month toward the purchase of the vehicle.

FOR THESE REASONS, Debtors request an order allowing the purchase as set forth herein, and for such other and further relief to which Debtors may show themselves entitled.

Respectfully submitted,

/s/Monte J. White
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 5, 2012, a true and correct copy of the foregoing was served on all parties in interest listed on the following mailing list by ECF and/or regular mail.

/s/Monte J. White
Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-7<br>Case 10-70083-hdh13<br>Northern District of Texas<br>Wichita Falls<br>Mon Nov  5 13:07:45 CST 2012 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | AAFES-Mil Star-Exchange<br>CO Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374-0933 |
| Bank Of America<br>4060 Ogletown-stanton Rd<br>Newark, DE 19713 | CPU-citi<br>Attn:  Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite No. 200<br>Tucson, AZ 85712-1097 |
| Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 | FIA Card Services NA aka Bank of America<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| GMAC Mortgage Corp<br>PO Box 4622<br>Waterloo, IA 50704-4622 | GMAC Mortgage, LLC<br>ATTN: Bankruptcy Department<br>1100 Virginia Drive<br>FT. Washington, PA 19034-3204 | GMAC Mortgage, LLC<br>CO Pite Duncan, LLP<br>4375 Jutland Drive, suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| HSBC BANK NEVADA, N.A.<br>Bass & Associates, P.C.<br>3936 E. Fort Lowell Road Suite 200<br>Tucson, AZ 85712-1083 | HSBC-frnrw<br>Po Box 3425<br>Buffalo, NY 14240-3425 | IOWA PARK CITY & ISD<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Iowa Park ISD & City<br>CO Perdue Brandon Fielder Collins & Mot<br>P.O. Box 8188<br>Wichita Falls, Texas 76307-8188 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD MN 56302-7999 |
| Midland Funding, L.L.C.<br>American InfoSource LP<br>PO Box 248897<br>Oklahoma City, OK 73124-8897 | Midland Funding, LLC by American InfoSource<br>PO Box 248897<br>Oklahoma City, OK  73124-8897 | Military Star<br>Attention: Bankruptcy<br>PO Box 650062<br>Dallas, TX 75265-0062 |
| Monte J. White & Associates<br>1106 Brook Ave<br>Wichita Falls TX 76301-5009 | Navy FCU<br>Attention:  Bankruptcy<br>PO Box 3000<br>Merryfield, VA 22119-3000 | Navy Federal Credit Union<br>820 Follin Ln Se<br>Vienna, VA 22180-4907 |
| Navy Federal Credit Union<br>Attention:  Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union<br>PO Box 3000<br>Merrifield VA 22119-3000 | Nelnet<br>Attn: Claims<br>PO Box 17460<br>Denver, CO 80217-0460 |
| Nelnet on behalf of ECMC<br>Educational Credit Management Corp<br>Lockbox 8682 PO Box 75848<br>St. Paul MN 55175-0848 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Shell<br>POB 41067<br>Norfolk VA 23541-1067 | Recovery Management Systems Corporation<br>25 SE 2nd Ave. Ste. 1120<br>Miami, FL 33131-1605 |

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Recovery Management Systems Corporation
For GE Money Bank
dba CHEVRON TEXACO PLCC
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

Shell Oil - Citibank
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195-0507

WICHITA COUNTY
CO PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

Wichita County
Harold Lerew
PO Box 8188
Wichita Falls, TX 76307-8188

Monte J. White
Monte J. White & Associates, P.C.
1106 Brook Avenue
Hamilton Place
Wichita Falls, TX 76301-5009

Nancy McIlvanie
5601 Central Fwy
Apt 3821
Witchita Falls, TX 76305-6724

Orville Eugene McIlvanie Jr.
5601 Central Fwy
Apt 3821
Wichita Fallas, TX 76305-6724

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


IRS Special Procedures
1100 Commerce St., Room 951
Mail Stop 5029 DAL
Dallas, TX 75246



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)GMAC Mortgage, LLC

(u)HSBC Bank Nevada, N.A.

(d)Jefferson Capital Systems LLC
PO BOX 7999
ST CLOUD, MN 56302-7999


End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42